D. WAYNE LEECH, Bar No. 97676
Leech & Associates
11001 E. Valley Mall, Ste. 200
El Monte, California 91731-2620
Telephone:   (626) 443-0061/(213)686-2068
Facsimile:    (626) 443-1165
e-mail: wayne@leechlaw.com

ATTORNEYS FOR DEFENDANTS CITY OF GLENDORA, GLENDORA POLICE DEPARTMENT, GLENDORA POLICE CHIEF CHARLES R. MONTOYA, AND GLENDORA POLICE OFFICER EFREN CORDURA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN VICTOR GUTIERREZ,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY OF GLENDORA, GLENDORA POLICE DEPARTMENT, GLENDORA POLICE CHIEF CHARLES R. MONTOYA, AND GLENDORA POLICE OFFICER EFREN CORDURA,<br><br>           Defendants. | Case No. **CV 10-00433 AHM (VBKx)**<br><br>**ORDER OF DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

## ORDER

The Parties having stipulated that the action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure dismissing the entire action as to all defendants, with prejudice, that the stipulation is made in good faith and not for purposes of delay, that each party to the stipulation shall bear their own attorneys fees

1

1  and costs, and good cause existing therefore,

2  IT IS HEREBY ORDERED that the entire action filed by the plaintiff herein
3
4  shall be dismissed, as to all claims and causes of actions, with prejudice.

5  IT IS FURTHER ORDERED that each party to the stipulation shall bear their
6
7  own costs and attorneys fees.

8  DATED: February 10, 2011                   _____
                                              United States District Judge
9  JS-6